# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 16, 2025

### NO. 03-25-00614-CV

**Arlene Bunch and Rick Toledo as Conservator for Darlene Toledo Magner, Appellants**

**v.**

**Darrell W. Goen and Alice C. Goen, Trustees of the Goen Family Trust Dated April 13, 2006; Robert C. Dean and Teresa K. Dean, Trustees of the Dean Family Trust Dated September 6, 2006; Chester A. Hipple and Cynthia A. Hipple, as TTEE U/D/T 1/23/07 and Delbert M. Goen, Trustee of the Delbert M. Goen Living Trust Dated August 16, 2006, Each as to Undivided 25% Interest, Appellees**

---

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the order signed by the trial court on July 17, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.